AO 91 (Rev. 5/85) Criminal Complaint AUSA Ramon Villalpando (312) 933-5617

**FILED**
8/22/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GUSTAVO SANTIAGO-HERNANDEZ | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 25 CR 504 |

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about July 19, 2025, at Addison, Illinois, in the Northern District of Illinois, Eastern Division, GUSTAVO SANTIAGO-HERNANDEZ, defendant herein,

    being an alien who previously had been deported and removed from the United States on or about September 6, 2022, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4). I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

                                                      s/ *David Fitzpatrick*
                                                   DAVID FITZPATRICK
                                                   Special Agent
                                                   Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: August 22, 2025

                                                  *Judge's signature*

City and state: Chicago, Illinois        YOUNG B. KIM, U.S. Magistrate Judge
                                                           *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

AFFIDAVIT

I, DAVID FITZPATRICK, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for approximately 21 years. My current responsibilities include the investigation of criminal offenses, including those involving deportation violations and investigations involving criminal aliens.

2. This affidavit is submitted in support of a criminal complaint alleging that GUSTAVO SANTIAGO-HERNANDEZ has violated 8 U.S.C. § 1326(a) (reentry of removed alien), by being present and found in the United States after having been deported. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging SANTIAGO-HERNANDEZ with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth the facts that I believe establish probable cause to believe that SANTIAGO-HERNANDEZ committed the offense stated in the complaint.

3. The facts set forth in this affidavit are based on my personal knowledge, my training and experience, my review of records maintained by the FBI, the Department of Justice (DOJ), Immigration and Customs Enforcement (ICE), other components of the Department of Homeland Security (DHS), and other government

agencies, and information provided to me by various law enforcement personnel and by other persons identified in this affidavit.

### *SANTIAGO-HERNANDEZ is Deported from the U.S. in September 2022*

4. According to DOJ and DHS records, SANTIAGO-HERNANDEZ is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DOJ and DHS records reflect that SANTIAGO-HERNANDEZ was born in Mexico on or about May 5, 1999, and originally entered the United States at an unknown date, time, and place.

5. According to DHS and DOJ records, on or about September 2, 2022, SANTIAGO-HERNANDEZ was arrested by immigration officials at or about Naco, Arizona, and DHS collected his fingerprints. According to DHS records, on or about September 6, 2022, SANTIAGO-HERNANDEZ was deported from the United States to Mexico at or about Nogales, Arizona.

### *SANTIAGO-HERNANDEZ is Arrested in the U.S. in July 2025*

6. On or about July 19, 2025, SANTIAGO-HERNANDEZ was arrested in Addison, Illinois, for driving under the influence of alcohol/drugs (DUI) and illegal transportation of liquor. After his arrest, on or about July 19, 2025, Addison police officers collected SANTIAGO-HERNANDEZ's fingerprints.

7. According to the National Crime Information Center (NCIC) database, the fingerprints taken on or about July 19, 2025, were uploaded into NCIC. The NCIC

database indicated that the fingerprints taken on or about July 19, 2025, matched with SANTIAGO-HERNANDEZ's associated FBI Number of V487ALD5J.

8. In or about August 2025, FBI Chicago retrieved a copy of SANTIAGO-HERNANDEZ's immigration form I-296 from the United States Citizenship and Immigration Service (USCIS). The immigration form I-296 contains a fingerprint and photograph of SANTIAGO-HERNANDEZ collected upon his removal in September 2022, and his alien number.

9. On or about August 6, 2025, the FBI's Criminal Justice Information Services Division conducted a fingerprint comparison analysis and verified that the fingerprints associated with GUSTAVO SANTIAGO-HERNANDEZ's FBI number V487ALD5J are the same as the fingerprints associated with GUSTAVO SANTIAGO-HERNANDEZ's September 2022 immigration form I-296.

10. According to DHS records, SANTIAGO-HERNANDEZ has not applied for or received permission to reenter the United States.

*Conclusion*

11. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about July 19, 2025, at Addison, Illinois, in the Northern District of Illinois, Eastern Division, GUSTAVO SANTIAGO-HERNANDEZ, being an alien who last removed from the United States on or about September 6, 2022, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication

3

for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

FURTHER AFFIANT SAYETH NOT.

s/ *David Fitzpatrick*
DAVID FITZPATRICK
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on August 22, 2025.

YOUNG B. KIM
United States Magistrate Judge

4